Micaela P. Banach (226656)
mbanach@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Michael O. Fawaz (*Pro Hac Vice*)
mof@h2law.com
**HOWARD & HOWARD**
450 West Fourth Street
Royal Oak, MI 48067-2557
Telephone: (248) 645-1483
Facsimile: (248) 645-1568

Attorneys for Wright Medical Technology, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRUCE DAVIS,<br><br>       Plaintiff,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and WRIGHT MEDICAL GROUP, INC., a Delaware corporation; ADVANCED SURGICAL DEVISES, INC., a California Corporation; WILLIAM ZUROWSKI, an individual; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. 2:14-cv-2533 CAS (RZx)<br><br>**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE BY MICAELA P. BANACH**<br><br>Date:   March 9, 2015<br>Time:   11:00 a.m.<br>Crtrm.:  5 - 2nd Floor<br><br>Judge:     Christina A. Snyder<br>Courtroom: 5<br><br>Trial:     January 12, 2016 |

For good cause set forth in the Request of Micaela P. Banach, Esq., the Court permits counsel to telephonically attend the Status Conference in this matter on March 9, 2014. Micaela Banach can be reached at her direct dial phone number, 619-557-4422.

DATED: March 6, 2015

_____
Hon. Christina A. Snyder