PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
*panish@psblaw.com*
PETER KAUFMAN, State Bar No. 269297
*kaufman@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699
*Attorneys for Plaintiff*

KIRBY NOONAN LANCE & HOGE, LLP.
Micaela P. Banach, (California State Bar No. 226656)
350 Tenth Avenue, Suite 1300
San Diego, CA 92101-8700

HOWARD & HOWARD
Michael O. Fawaz *(pro hac vice)*
450 West Fourth Street
Royal Oak, MI 48067-2557
*Attorneys for Defendants, Wright Medical Technology, Inc.;*
*Wright Medical Group, Inc.;*
*Advanced Surgical Devises, Inc.; and William Zurowski*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRUCE DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and WRIGHT MEDICAL GROUP, INC., a Delaware corporation; ADVANCED SURGICAL DEVISES, INC., a California Corporation; WILLIAM ZUROWSKI, an individual; and DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No. 2:14-cv-02533<br><br>**[PROPOSED]** **ORDER RE: STIPULATION FOR DISMISSAL** |

///

///

///

**STIPULATION OF DISMISSAL**

1  On May 23, 2014, the parties jointly submitted a Stipulation for Dismissal to the Court.
2  Accordingly, the matter is dismissed without prejudice as to Defendants, ADVANCE SURGICAL
3  DEVICES, INC. a California Corporation and WILLIAM ZUROWSKI only. Each party to bear
4  their own respective costs, including attorney fees and other litigation expenses.

5  **IT IS SO ORDERED.**

7  Dated this 30th day of July, 2015.                    *Christine A. Snyder* (signature)

9                                                         UNITED STATE DISTRICT JUDGE